IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:11-2063-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| CORTNEY LEJOHN WILLIAMS, SR. | ) | |
| DONNAY JAMES RIKARD, JR. | ) | |
| RONDEAL WOODS | ) | ORDER |
| GUADALUPE BEDERIS GUERRERO-TREJO | ) | |
| FLOYD LESTER BOUKNIGHT, JR. | ) | |
| TIMOTHY ERROL GEIGER | ) | |
| COLBY EUGENE FOUST | ) | |
| WILLIAM LARRY JAVIS, JR. | ) | |
| DAVID JERROD QUATTLEBAUM | ) | |
| STANLEY D. PARTMAN | ) | |
| JEFFREY CHRIS JACOBS | ) | |
| AARON KEVON MCCRAY | ) | |
| LINDA B. SANDERS | ) | |
| LATASHA D. SANDERS | ) | |
| JUAN GERARDO QUINTERO-ESTRADA | ) | |
| TAVARES DONNAY POLLOCK | ) | |

_____

For the reasons outlined in the government's motion to vacate (ECF No. 408), the court's standing order governing discovery issued on November 21, 2011 (ECF No. 393) is hereby vacated. The previous orders by this court regulating discovery remain in effect.

IT IS SO ORDERED.

December 13, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge