IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:11-2063-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AARON MCCRAY | ) | |
| | ) | |
| _____ | ) | |

The defendant has filed a *pro se* document with the Clerk which has been construed as an appeal of the decision of United States Magistrate Judge Paige Gossett denying bond to the defendant.

The record reflects that the defendant enjoys the services of a court-appointed attorney at tax-payer expense. This court does not accept *pro se* submissions from defendants who are represented by competent counsel. Accordingly, the motion (ECF No. 391) is denied without prejudice and with leave to refile through counsel if counsel deems it appropriate.

In the event counsel refiles the motion, counsel is requested to obtain a transcript of the bond hearing before the Magistrate Judge and file it with this court so that the court will have available to it all the information provided to the Magistrate Judge at the detention hearing. After the transcript is submitted, the court will rule on the motion.

IT IS SO ORDERED.

January 5, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge