IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:11-2063-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STANLEY D. PARTMAN | ) | |
| | ) | |
| _____ | ) | |

For good cause shown, and out of an abundance of caution, the motion by the defendant to clarify the hearing and allow a formal arraignment on the Second Superseding Indictment is granted. The appropriate United States Magistrate Judge is requested to schedule and conduct an arraignment hearing on the Second Superseding Indictment in this case, with the understanding that a trial date has already been set.

IT IS SO ORDERED.

October 31, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge